

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY**

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. _5:25-cr-136_
                                        8 U.S.C. § 1324(a)(1)(A)(ii)

RAJESH N. PATEL

### I N F O R M A T I O N

The United States Attorney Charges:

From in or around November 2020, through at least September 3, 2021, at or near Fairlea, Greenbrier County, West Virginia, within the Southern District of West Virginia, defendant RAJESH PATEL, knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, transported and moved such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney